United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREGORY CALLION,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTIS ADAMS, et al.,<br><br>    Defendants. | Case No.  14-cv-03716-HSG (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 16 |

Good cause appearing, CDCR defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED.  In the interest of judicial efficiency, the Court will also sua sponte extend the deadline for the non-CDCR defendant, Dr. Barron Mark F. Palmer, to file his dispositive motion.  Accordingly, the deadline for all defendants to file dispositive motions is CONTINUED to **September 18, 2015**.  Plaintiff shall file any opposition to defendants' motions within **twenty-eight (28)** days of the date the motions are filed.  Defendants shall file their replies within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated:  5/21/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge