UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES GREGORY CALLION, | Case No. 14-cv-03716-HSG (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| ANTIS ADAMS, et al., | Re: Dkt. No. 32 |
| Defendants. | |

Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **December 15, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 32.

**IT IS SO ORDERED.**

Dated: 10/15/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge