UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREGORY CALLION,<br><br>Plaintiff,<br><br>v.<br><br>ANTIS ADAMS, et al.,<br><br>Defendants. | Case No. 14-cv-03716-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS CLAIMS AGAINST CERTAIN DEFENDANTS**<br><br>Dkt. No. 46 |

**INTRODUCTION**

Plaintiff, an inmate at R. J. Donovan Correctional Facility in San Diego, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to withdraw the amended complaint's claims against defendants Drs. Dunlap, Bright, and Adams. Docket No. 46.[1] The Court GRANTS Plaintiff's motion. The claims in the amended complaint against Drs. Dunlap, Bright, and Adams are DISMISSED. Drs. Dunlap, Bright, and Adams are DISMISSED from this action.

This action will proceed on the remaining cognizable claim in this action: Plaintiff's claim that Drs. Birdsong and Mack violated his Fourteenth Amendment right to receive sufficient information to intelligently exercise his right to refuse unwanted medical treatment. The parties shall continue to follow the briefing schedule set forth in the Court's December 15, 2016 Order Screening the Amended Complaint.

---

[1] On December 15, 2016, the Court screened Plaintiff's amended complaint and found that Plaintiff's amended complaint stated a cognizable claim that Drs. Birdsong and Mack violated Plaintiff's right under the Fourteenth Amendment to receive sufficient information to intelligently exercise his right to refuse unwanted medical treatment. Docket No. 45 at 3. The Court noted that Plaintiff's claims against Drs. Dunlap, Bright, and Adams suffered from certain deficiencies, and granted Plaintiff leave to amend these claims to address the specified deficiencies. *Id.* at 3–4.

1    This order terminates Docket No. 46.

2    **IT IS SO ORDERED.**

3    Dated: 1/4/2017

4    
5    HAYWOOD S. GILLIAM, JR.
     United States District Judge