UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GREGORY CALLION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BIRDSONG, et al.,<br><br>Defendants. | Case No. 14-cv-03716-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendant Mack's motion for summary judgment, the Court has dismissed defendant Birdsong from this action, and granted summary judgment in favor of defendant Mack. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 9/26/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge